AO (Rev. 5/85) Criminal Complaint

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| v. | CASE NUMBER: |
| **DELFINO ALVAREZ-TORRES** | 8:04-M-571 MSS |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about July 20, 2004, **DELFINO ALVAREZ-TORRES** fled the State of Florida to avoid prosecution in the Tenth Judicial Circuit Court, Polk County, Florida, for a crime which is a felony under the law of the State of Florida, to wit: Murder in the First Degree, in violation of Florida State Statute 782.04.

In violation of Title 18, United States Code, Section 1073.

I further state that I am a Special Agent of the Federal Bureau of Investigation and that this Complaint is based on the following facts:

See Attached Affidavit.

Continued on the attached sheet and made a part hereof:  X  Yes      __ No

_Fred Harden_
Signature of Complainant
FRED HARDEN, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

November 16, 2004         at    Tampa, Florida         1:29pm
Date                                   City and State

MARY S. SCRIVEN
United States Magistrate Judge
Name & Title of Judicial Officer                Signature of Judicial Officer

## AFFIDAVIT

Comes now your Affiant, FRED HARDEN, and upon his oath, states as follows:

1.  I am a Special Agent (SA) with the Federal Bureau of Investigation assigned to the Lakeland Resident Agency, Lakeland, Florida, which is located in the Tenth Judicial Circuit Court of Florida. As such, I am responsible for investigating fugitive matters originating in Polk County, Florida which is located in the Tenth Judicial Circuit of Florida. I make this affidavit based upon my personal knowledge and information provided to me by other law enforcement officers.

2.  On July 19, 2004, Judge Olin W. Shinholser, Tenth Judicial Circuit Court of Florida, issued an arrest warrant for DELFINO ALVAREZ-TORRES, also known as (aka) ANGEL SANTANA, charging him with one count of First Degree Murder, in violation of Florida State Statute (FSS) 782.04, a capital felony. A copy of this arrest warrant is attached hereto as Exhibit A.

3.  By letter dated July 21, 2004, Assistant State Attorney (ASA) JOHN K. AGUERO, State Attorney's Office, Tenth Judicial Circuit, Bartow, Florida, advised that his office would extradite and prosecute DELFINO ALVAREZ-TORRES. A copy of this letter is attached hereto as Exhibit B.

4.  During the early morning hours of July 18, 2004, DELFINO ALVAREZ-TORRES, aka ANGEL SANTANA, along with four other Latin males, to include DAMIAN MILIAN BRITO, left a Latino night club in Lakeland, Florida, en route to a residence in Haines City, Florida.

5.  After arriving at 1208 Lowry Avenue in Haines City, which is the residence of the driver of the vehicle in which the five men traveled, TORRES exited the vehicle and immediately became involved in an argument with BRITO over a girl. The argument escalated with TORRES being the aggressor. TORRES produced a .38 Special revolver that he had concealed on his person and shot multiple times at BRITO. Two shots impacted BRITO's body, one shot to his head and one shot to his upper torso. BRITO immediately fell to the ground bleeding profusely from his two gunshot wounds.

6.  After TORRES shot BRITO, TORRES entered his red, 1994 Ford Mustang, which had been parked at the residence and fled the scene. Haines City Police Officers were called to the scene and conducted an investigation. BRITO was transported to the Lakeland Regional Medical Center (LRMC) where he died on July 20, 2004, from the two gunshot wounds.

7.  Case Detective Cindy Trageser of the Haines City Police Department has ascertained from her investigation of this crime that TORRES was driven to Mexico by a relative within a few days after the shooting. Additionally, a reliable source told Detective Trageser that TORRES was seen by the source's mother in GUERRERO, MEXICO, one week after the shooting.

8.  Based upon the above facts, your Affiant believes that DELFINO ALVAREZ-TORRES, aka ANGEL SANTANA, has traveled outside of the State of Florida with the intent to avoid prosecution for a crime which is a felony under the laws of Florida in violation of Title 18, United States Code, Section 1073.

2

Delfino Alvarez Orres Affidavit cont.

9. Further, your Affiant sayeth naught..

*Fred Harden*

Special Agent Fred Harden
Federal Bureau of Investigation

Sworn to and subscribed to before me this
16th day of November, 2004.

*Mary S. Scriven*
MARY S. SCRIVEN
United States Magistrate Judge

IN THE CIRCUIT/COUNTY COURT OF THE 10TH JUDICIAL
CIRCUIT IN AND FOR POLK COUNTY, FLORIDA

AGENCY# HCPD#2004-0707961
OBTS#
BOOKING
CASE# CF04-005054

AMENDED
ARREST WARRANT

IN THE NAME OF THE STATE OF FLORIDA:

TO: All and singular, the sheriff's of Florida and other authorized officers,

WHEREAS the Court has found probable cause from the sworn complaint affidavit or other testimony under oath to believe that the person named below committed:

1. FIRST DEGREE MURDER (F.S. 782.04) CAPITAL

YOU ARE HEREBY COMMANDED to arrest, instanter, the person named below for the crime(s) named above to be brought before the Court and dealt with according to the law.

Defendant  DELFINO ALVAREZ-TORRES
Address  1208 LOWRY AVENUE, HAINES CITY, FLORIDA          Race/Sex  H/M
DOB  04/08/82     Height  5'3"     Weight  140     Hair  BLACK     Eyes  BROWN
Social Security #                       Driver License #  A416-16082128-0(FL.)
Place of Birth  MEXICO     Scars          Extradition          Alias  Angel Santana
Marital Status  SINGLE     Occupation                 Employer
Bail is set at 1.   NO BOND

, returned on demand.

GIVEN UNDER MY HAND AND SEAL THIS __19__ DAY OF __July__, 20_04_.

_____
JUDGE

**RETURN**

Received this warrant on the ____ day ____, 20__, and executed same on the ____ day of ____, 20__, by arresting the above-named defendant.

_____
Sheriff

By: _____

EXHIBIT A

2004 JUL 19 PM 5:28
RECEIVED
POLK COUNTY CLERK'S OFFICE

# OFFICE OF THE STATE ATTORNEY, TENTH JUDICIAL CIRCUIT
## State Attorney Jerry Hill

Polk, Highlands, and Hardee Counties

*Main Office*
255 North Broadway Avenue, 2nd Floor
Drawer SA, P.O. Box 9000
Bartow, Florida 33831-9000 • (863) 534-4800

*Lakeland Branch Office*
930 East Parker Street, Suite 238
Lakeland, Florida 33801 • (863) 499-2596

*Winter Haven Branch Office*
3415 Lake Alfred Road 9, Gill Jones Plaza
Winter Haven, Florida 33881 • (863) 401-2477

July 21, 2004

Special Agent Fred Harden
Federal Bureau of Investigation
Lakeland, FL

re: *State of Florida v. Delfino Alvarez-Torres*
Case No. CF04-005054

Dear Special Agent Harden:

A warrant is currently outstanding for Mr. Delfino Alvarez-Torres, hispanic male, date of birth 4/8/82, for the crime of first degree murder of Damien Milion. The Haines City Police Department has developed information that Mr. Alvarez-Torres has been seen in the State of North Carolina since the murder occurred on July 18, 2004. They have also developed information that he fled the State of Florida to avoid prosecution for the murder of Damien Milion.

Please consider this letter a formal request for the issuance of an unlawful flight to avoid prosecution warrant for Mr. Alvarez-Torres. If you have any questions about this request, or if you require further information, please contact me at 534-4959.

Thank you for your cooperation in this matter.

Sincerely,

JOHN K. AGUERO
Assistant State Attorney
Director, Special Prosecution
Fla. Bar No. 363588

EXHIBIT B